NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 23 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL E. BOYD,

          Plaintiff-Appellant,

  v.

UNITED STATES DEPARTMENT OF
THE TREASURY; et al.,

          Defendants-Appellees.

No. 17-15641

D.C. No. 5:15-cv-03494-BLF

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Beth Labson Freeman, District Judge, Presiding

Submitted February 13, 2018[**]

Before:    LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

    Michael E. Boyd appeals pro se from the district court's judgment

dismissing his action alleging federal and state law claims arising from foreclosure

proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo

questions of constitutional standing. *Wash. Envtl. Council v. Bellon*, 732 F.3d

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

1131, 1138 (9th Cir. 2013). We may affirm on any basis supported by the record. *Johnson v. Riverside Healthcare Sys., LP*, 534 F.3d 1116, 1121 (9th Cir. 2008). We affirm.

Dismissal of Boyd's action was proper because Boyd failed to allege facts showing that defendants caused Boyd any cognizable injury as required for Article III standing. *See Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560-61 (1992) (elements of Article III standing); *see also Wash. Envtl. Council*, 732 F.3d at 1139 ("We also have an independent duty to assure that standing exists, irrespective of whether the parties challenge it.").

We do not consider issues or arguments not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**